IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| PHILLIP BRYAN HARRIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  1:13-cv-53 (WLS) |
| | : | |
| Sheriff KEVIN SPROUL *et al*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Before the Court is an Order and Recommendation from United States Magistrate Judge Thomas Q. Langstaff in this 42 U.S.C. § 1983 case. (Doc. 26.) In the Recommendation, Judge Langstaff recommends that the Court deny Plaintiff Phillip Bryan Harris's request for a preliminary injunction and his motion for default judgment. (*Id.* at 5.) Harris did not file a timely objection to the Recommendation. Upon full review and consideration upon the record, the Court finds that Judge Langstaff's Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

**SO ORDERED**, this   26th   day of November, 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**