# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

PHILLIP BRYAN HARRIS,       :
                                     :

        Plaintiff,         :

v.                            :        CASE NO.:  1:13-cv-53 (WLS)

                                     :

Sheriff KEVIN SPROUL *et al*,     :

                                     :

        Defendant.       :

_____ :

## ORDER

      Before the Court is an Order and Recommendation from United States Magistrate Judge Thomas Q. Langstaff in this 42 U.S.C. § 1983 case. (Doc. 26.) In the Recommendation, Judge Langstaff recommends that the Court deny Plaintiff Phillip Bryan Harris's request for a preliminary injunction and his motion for default judgment. (*Id.* at 5.) Harris did not file a timely objection to the Recommendation. Upon full review and consideration upon the record, the Court finds that Judge Langstaff's Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

      **SO ORDERED**, this __26th__ day of November, 2013.

                         /s/ W. Louis Sands
                        **THE HONORABLE W. LOUIS SANDS,**
                        **UNITED STATES DISTRICT COURT**

1